

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00167-CV

| | | |
|---|---|---|
| Young Ju Pak | § | From the 231st District Court |
| | § | of Tarrant County (231-601904-16) |
| v. | § | July 12, 2018 |
| Young Eun Yang | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM